## MICHAEL HAMPDEN *v.* COMMISSIONER OF CORRECTION
### (15545)

Dupont, C. J., and Heiman and Freedman, Js.

Argued March 5—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## LOUIS VITALE *v.* VINCENT YIK
### (16120)

Foti, Lavery and Landau, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## LINDA AYRES *v.* UNITED METHODIST HOME OF CONNECTICUT ET AL.
### (15132)

Landau, Schaller and Hennessy, Js.

Submitted on briefs March 6—officially released April 8, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.